IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| EDWARD ROY NEWSOME, | § § | |
| Petitioner, | § § | |
| v. | § § | 2:14-CV-0070 |
| WILLIAM STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING PETITIONER'S MOTION FOR LEAVE TO FILE A HABEAS CORPUS APPLICATION, DENYING PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS*, OVERRULING OBJECTIONS and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came for consideration the "Motion for Leave to File for Permission to File [] Habeas Corpus Application in Rule 22(b)" and the "Amended Motion for Leave to Proceed *In Forma Pauperis* Without Prepayment of Fees" filed by petitioner. On April 1, 2014, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's motions be denied and petitioner's application for a writ of habeas corpus, submitted with his motions, be dismissed. Although petitioner did not file any objections to the Report and Recommendation, he did file numerous pleadings after entry of the Report and Recommendation. These pleadings are, for the most part, unintelligible. To the extent, if any, petitioner's pleadings can be construed as asserting objections to the Report and Recommendation, the Court has construed such pleading as such.

The undersigned United States District Judge has made an independent examination of

the record in this case. Any objections raised in petitioner's post-Report and Recommendation pleadings are OVERRULED and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, petitioner's motion for leave to file a federal habeas corpus petition is DENIED, petitioner's motion to proceed without prepayment of fees is DENIED, and the petition for a writ of habeas corpus submitted by petitioner and filed of record is hereby DISMISSED. All pending motions are DENIED.

IT IS SO ORDERED.

ENTERED this \_\_\_12th\_\_\_ day of \_\_\_June\_\_\_ 2014.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE